## File Hashes for IP Address 72.83.9.147

**ISP:** Verizon Online, LLC
**Physical Location:** Fairfax, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/04/2015 21:08:24 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |
| 08/30/2013 01:47:39 | CB505B2E122D8449E85B64DF60AABD8A4E6943C8 | Girly Girls |

**Total Statutory Claims Against Defendant: 128**

EXHIBIT A

EVA251