**Copyrights-In-Suit for IP Address 72.83.9.147**

**ISP:** Verizon Online, LLC
**Location:** Fairfax, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Dream Of You | PA0001909516 | 08/15/2014 | 08/26/2014 | 03/04/2015 |
| A Little Time For Myself | PA0001877474 | 01/28/2014 | 01/31/2014 | 03/04/2015 |
| A Perfect Match | PA0001862419 | 09/11/2013 | 09/12/2013 | 03/04/2015 |
| A Thought Of You | PA0001907104 | 07/13/2014 | 07/25/2014 | 03/04/2015 |
| Afterthoughts | PA0001909479 | 08/10/2014 | 08/19/2014 | 03/04/2015 |
| All About Anna | PA0001886195 | 03/25/2014 | 04/02/2014 | 03/04/2015 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 03/04/2015 |
| Almost Famous | PA0001864687 | 09/27/2013 | 09/30/2013 | 03/04/2015 |
| And Then There Was You | PA0001874615 | 12/31/2013 | 01/05/2014 | 03/04/2015 |
| Angelica means Angel | PA0001909782 | 08/20/2014 | 08/26/2014 | 03/04/2015 |
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 03/04/2015 |
| Apertif Our Style | PA0001874522 | 12/23/2013 | 12/30/2013 | 03/04/2015 |
| Baby Blues | PA0001867887 | 10/30/2013 | 11/03/2013 | 03/04/2015 |
| Barely Fits | PA0001928412 | 01/03/2015 | 01/19/2015 | 03/04/2015 |
| Beautiful Girl | PA0001909784 | 08/25/2014 | 08/26/2014 | 03/04/2015 |
| Bedtime Hijinks | PA0001912776 | 09/01/2014 | 09/17/2014 | 03/04/2015 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 03/04/2015 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 03/04/2015 |
| Blonde Perfection | PA0001926061 | 12/10/2014 | 12/29/2014 | 03/04/2015 |
| Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 03/04/2015 |
| Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 03/04/2015 |

EXHIBIT B

EVA251

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Brazilian Love Affair | PA0001895095 | 05/03/2014 | 05/12/2014 | 03/04/2015 |
| Breakfast At Eves | PA0001909480 | 08/06/2014 | 08/26/2014 | 03/04/2015 |
| Call Me Fox | PA0001921291 | 10/22/2014 | 11/06/2014 | 03/04/2015 |
| Cat Fight | PA0001916043 | 09/26/2014 | 10/06/2014 | 03/04/2015 |
| Chloe Loves Carl Part 2 | PA0001906561 | 07/05/2014 | 07/14/2014 | 03/04/2015 |
| Come Close | PA0001905140 | 06/23/2014 | 06/30/2014 | 03/04/2015 |
| Come Inside From the Cold | PA0001862484 | 09/12/2013 | 09/18/2013 | 03/04/2015 |
| Creamy | PA0001874617 | 01/02/2014 | 01/05/2014 | 03/04/2015 |
| Cum In Get Wet | PA0001923948 | 11/26/2014 | 12/08/2014 | 03/04/2015 |
| Cut Once More Please | PA0001905491 | 07/01/2014 | 07/02/2014 | 03/04/2015 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 03/04/2015 |
| Deep Down In Me | PA0001922955 | 11/13/2014 | 11/18/2014 | 03/04/2015 |
| Do Me Darling | PA0001921297 | 10/24/2014 | 11/06/2014 | 03/04/2015 |
| Double Daydreams | PA0001869246 | 11/13/2013 | 11/21/2013 | 03/04/2015 |
| Dripping Desires | PA0001918737 | 10/17/2014 | 10/22/2014 | 03/04/2015 |
| Early Morning Orgasm | PA0001914536 | 09/07/2014 | 09/16/2014 | 03/04/2015 |
| East Meets West | PA0001926088 | 12/23/2014 | 12/29/2014 | 03/04/2015 |
| Elevated Erotica | PA0001909513 | 08/17/2014 | 08/26/2014 | 03/04/2015 |
| Enjoy the Ride | PA0001926086 | 12/18/2014 | 12/29/2014 | 03/04/2015 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 03/04/2015 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 03/04/2015 |
| Fashion Fantasy | PA0001885185 | 03/13/2014 | 03/24/2014 | 03/04/2015 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 03/04/2015 |
| Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 03/04/2015 |
| First Time | PA0001926092 | 12/13/2014 | 12/29/2014 | 03/04/2015 |

EXHIBIT B

Case 1:15-cv-00568-AJT-JFA   Document 1-2   Filed 04/29/15   Page 3 of 6 PageID# 11

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| For Your Eyes Only | PA0001909485 | 08/11/2014 | 08/19/2014 | 03/04/2015 |
| Forever You Part #1 | PA0001923965 | 11/23/2014 | 12/08/2014 | 03/04/2015 |
| Forever You Part #2 | PA0001923966 | 11/30/2014 | 12/08/2014 | 03/04/2015 |
| From Three to Four Part 2 | PA0001902970 | 06/01/2014 | 06/06/2014 | 03/04/2015 |
| Fuck Me More | PA0001923957 | 11/22/2014 | 12/08/2014 | 03/04/2015 |
| Fucking Ballerinas | PA0001928404 | 01/17/2015 | 01/19/2015 | 03/04/2015 |
| Get Wild at Home | PA0001877470 | 01/22/2014 | 01/31/2014 | 03/04/2015 |
| Give Me More | PA0001904311 | 06/17/2014 | 06/24/2014 | 03/04/2015 |
| Go Down On Me | PA0001904131 | 06/11/2014 | 06/19/2014 | 03/04/2015 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 03/04/2015 |
| Happy Birthday Capri | PA0001846087 | 05/24/2013 | 06/17/2013 | 03/04/2015 |
| High School Dropouts | PA0001871934 | 11/21/2013 | 11/29/2013 | 03/04/2015 |
| Highrise Rendezvous | PA0001908213 | 07/25/2014 | 07/31/2014 | 03/04/2015 |
| Hot Brunettes | PA0001865957 | 10/03/2013 | 10/06/2013 | 03/04/2015 |
| I Want to Tell You | PA0001872082 | 11/27/2013 | 12/04/2013 | 03/04/2015 |
| I Want You To Want Me | PA0001925335 | 12/06/2014 | 12/10/2014 | 03/04/2015 |
| I Will See You In The Morning | PA0001874746 | 01/14/2014 | 01/15/2014 | 03/04/2015 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 03/04/2015 |
| In Love with a Girl | PA0001866052 | 10/11/2013 | 10/16/2013 | 03/04/2015 |
| In the blind | PA0001909487 | 08/08/2014 | 08/20/2014 | 03/04/2015 |
| In The Dark | PA0001908451 | 07/31/2014 | 08/04/2014 | 03/04/2015 |
| It Is a Fine Line | PA0001880437 | 02/15/2014 | 02/21/2014 | 03/04/2015 |
| Just Watch | PA0001898092 | 05/22/2014 | 06/06/2014 | 03/04/2015 |
| Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 03/04/2015 |
| Knock On My Door | PA0001895763 | 05/09/2014 | 05/16/2014 | 03/04/2015 |

EXHIBIT B

EVA251

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Let Me Take Your Picture | PA0001862486 | 09/14/2013 | 09/18/2013 | 03/04/2015 |
| Light My Fire | PA0001923961 | 11/28/2014 | 12/08/2014 | 03/04/2015 |
| Listen To Me Cum | PA0001908211 | 07/19/2014 | 07/31/2014 | 03/04/2015 |
| Lonesome Without You | PA0001887108 | 04/03/2014 | 04/07/2014 | 03/04/2015 |
| Lost In My Own Moment | PA0001877253 | 01/20/2014 | 01/26/2014 | 03/04/2015 |
| Lovers at Home | PA0001868816 | 11/05/2013 | 11/10/2013 | 03/04/2015 |
| Lovers in Paradise | PA0001780463 | 12/30/2011 | 03/10/2012 | 03/04/2015 |
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 03/04/2015 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 03/04/2015 |
| Move with Me | PA0001878980 | 02/11/2014 | 02/13/2014 | 03/04/2015 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 03/04/2015 |
| Nice and Slow | PA0001916038 | 09/28/2014 | 10/06/2014 | 03/04/2015 |
| No Turning Back Part #1 | PA0001874524 | 12/21/2013 | 12/30/2013 | 03/04/2015 |
| One Show For Each | PA0001921295 | 10/26/2014 | 11/06/2014 | 03/04/2015 |
| Only The Lonely | PA0001906563 | 07/07/2014 | 07/15/2014 | 03/04/2015 |
| Paint Me Beautiful | PA0001908674 | 08/04/2014 | 08/11/2014 | 03/04/2015 |
| Paint Me White | PA0001909785 | 08/24/2014 | 08/26/2014 | 03/04/2015 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 03/04/2015 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 03/04/2015 |
| Precious Metal | PA0001908248 | 07/27/2014 | 07/31/2014 | 03/04/2015 |
| Pretty Bad Girl | PA0001909504 | 08/14/2014 | 08/26/2014 | 03/04/2015 |
| Pretty Little Belle | PA0001878425 | 02/09/2014 | 02/13/2014 | 03/04/2015 |
| Queen of Hearts | PA0001914720 | 09/17/2014 | 09/22/2014 | 03/04/2015 |
| Raw Passion | PA0001860979 | 08/18/2013 | 09/02/2013 | 03/04/2015 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 03/04/2015 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Rope Priority | PA0001895760 | 05/11/2014 | 05/16/2014 | 03/04/2015 |
| Santas Little Helper | PA0001874520 | 12/23/2013 | 12/30/2013 | 03/04/2015 |
| Saturday Eve | PA0001909511 | 08/18/2014 | 08/26/2014 | 03/04/2015 |
| Secret Weapon | PA0001846098 | 05/12/2013 | 06/11/2013 | 03/04/2015 |
| Serving Seduction | PA0001916704 | 10/08/2014 | 10/09/2014 | 03/04/2015 |
| Sexy and Wild | PA0001914530 | 09/15/2014 | 09/16/2014 | 03/04/2015 |
| Smarty Pants | PA0001912774 | 08/28/2014 | 09/17/2014 | 03/04/2015 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 03/04/2015 |
| Spanish Heat | PA0001917709 | 10/13/2014 | 10/19/2014 | 03/04/2015 |
| Spellbound | PA0001922954 | 11/15/2014 | 11/18/2014 | 03/04/2015 |
| Strawberry Morning | PA0001926089 | 12/27/2014 | 12/29/2014 | 03/04/2015 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 03/04/2015 |
| Sunset Memories | PA0001921296 | 10/31/2014 | 11/06/2014 | 03/04/2015 |
| Sweet Dreamers | PA0001883771 | 03/09/2014 | 03/24/2014 | 03/04/2015 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 03/04/2015 |
| Taste Me | PA0001912773 | 08/27/2014 | 09/17/2014 | 03/04/2015 |
| Tease Me Please Me | PA0001926095 | 12/20/2014 | 12/29/2014 | 03/04/2015 |
| The Journey | PA0001865603 | 10/07/2013 | 10/09/2013 | 03/04/2015 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 03/04/2015 |
| They Meet Again | PA0001866049 | 10/11/2013 | 10/16/2013 | 03/04/2015 |
| They Only Look Innocent | PA0001877471 | 01/24/2014 | 01/31/2014 | 03/04/2015 |
| They Seem so Sweet | PA0001904151 | 06/15/2014 | 06/19/2014 | 03/04/2015 |
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 03/04/2015 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 03/04/2015 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 03/04/2015 |

EXHIBIT B

EVA251

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Tight and Wet | PA0001923176 | 11/19/2014 | 11/23/2014 | 03/04/2015 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 03/04/2015 |
| Undress Me | PA0001869238 | 11/15/2013 | 11/21/2013 | 03/04/2015 |
| Unveiling Part #2 | PA0001866188 | 10/15/2013 | 10/19/2013 | 03/04/2015 |
| Wake Me Up | PA0001887105 | 04/01/2014 | 04/07/2014 | 03/04/2015 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 03/04/2015 |
| Girly Girls | PA0001862284 | 08/28/2013 | 09/08/2013 | 08/30/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 128**