**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                 Civil Action No. 1:15-cv-00568-AJT-JFA

JOHN DOE, subscriber assigned IP address
72.83.9.147,

        Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 72.83.9.147. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  May 30, 2015

                                              Respectfully submitted,

                                              By:   /s/ *William E. Tabot*
                                              William E. Tabot PC
                                              9248 Mosby Street
                                              Manassas, VA 20110-5038
                                              Phone: 703-530-7075
                                              Email: wetabotesq@wetlawfirm.com
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                      By:  /s/ *William E. Tabot*_____
                                      William E. Tabot